IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAMAVIS A. COMUNDOIWILLA,

        Plaintiff,                   1: 08 CV1599 WMW PC

    vs.                               ORDER TO SHOW CAUSE

E. ALAMEIDA, et al.,

        Defendants.

        Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the exercise of jurisdiction by the Magistrate Judge pursuant to 28 U.S.C. § 636(c).

        This action was initiated by civil complaint filed on October 2, 2008. On February 2, 2009, Plaintiff was ordered to submit an application to proceed in forma pauperis. On March 11, 2009, Plaintiff filed a response to the order. In his response, Plaintiff indicates that the complaint in this action was intended to be an amended complaint in 1:04 CV 6721 LJO WMW PC. That case was dismissed on October 30, 2008, for Plaintiff's failure to file an amended complaint.

        Plaintiff states that the pleading that was intended to be an amended complaint in the 2004 inadvertently contained the wrong case number. When that amended complaint was submitted, it was opened as a new case, and assigned the case number in this case. Plaintiff

seeks a stay of this case pending his motion to vacate the judgment in the 2004 case.

An order has been entered in case number 1:04 CV 6721 LJO WMW PC, granting Plaintiff's motion to vacate the judgment. That case has been reopened, and Plaintiff has been granted leave to file an amended complaint in that case. This action should therefore be dismissed, without prejudice, as duplicative. The court declines to stay this action or hold in it abeyance.

Accordingly, IT IS HEREBY ORDERED that Plaintiff is directed to show cause, within thirty days of the date of service of this order, why this action should not be dismissed as duplicative.

IT IS SO ORDERED.

**Dated:   April 13, 2009**              _____/s/  **William M. Wunderlich**_____
UNITED STATES MAGISTRATE JUDGE