IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAMAVIS A. COMUNDOIWILLA,

    Plaintiff,                   1: 08 CV 01599 WMW PC

    vs.                            ORDER DISMISSING ACTION

E. ALAMEIDA, et al.,

    Defendants.

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has consented to proceed before a U.S. Magistrate Judge pursuant to 28 U.S.C. § 636(c)(1).

      This action was initiated by civil complaint filed on October 2, 2008.  On February 2, 2009, Plaintiff was ordered to submit an application to proceed in forma pauperis.  On March 11, 2009, Plaintiff filed a response to the order.  In his response, Plaintiff indicated that the complaint in this action was intended to be an amended complaint in case number 1:04-CV-06721 LJO WMW PC.  That case was dismissed on October 30, 2008, for Plaintiff's failure to file an amended complaint.

      Plaintiff indicated that the pleading that was intended to be an amended complaint in the 2004 case inadvertently included the wrong case number.  When that amended complaint was submitted, it was opened as a new case, and assigned the case number in this case.  Plaintiff

seeks a stay of this case pending his motion to vacate the judgment in the 2004 case.

An order has been entered in case number 1:04-CV-06721 LJO WMW PC, granting Plaintiff's motion to vacate the judgment.  That case has been reopened, and Plaintiff has been granted leave to file an amended complaint in that case.  This action should therefore be dismissed, without prejudice, as duplicative.  On April 13, 2009, an order to show cause was entered, directing Plaintiff to show cause within thirty days why this action should not be dismissed without prejudice as duplicative.  Plaintiff has not filed a response to the order to show cause.

Accordingly, IT IS HEREBY ORDERED that this case is dismissed without prejudice as duplicative.  The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:   May 28, 2009**               /s/  **William M. Wunderlich**
                                   UNITED STATES MAGISTRATE JUDGE